IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLARA C. GAITHER**                                                                   **PLAINTIFF**

v.                                      Case No. 4:11-cv-576-KGB

**ARKANSAS FOUNDATION FOR**
**MEDICAL CARE**                                                                      **DEFENDANT**

*****************

**CLARA C. GAITHER**                                                                   **PLAINTIFF**

v.                                      Case No. 4:12-cv-373-KGB

**ARKANSAS FOUNDATION FOR**
**MEDICAL CARE**                                                                      **DEFENDANT**

## ORDER

Plaintiff Clara C. Gaither has moved to consolidate her two cases against defendant Arkansas Foundation for Medical Care. Specifically, Ms. Gaither moved to combine cases 4:11-cv-576-KGB and 4:12-cv-373-KGB (Dkt. No. 39 in 4:11-cv-576-KGB; Dkt. No. 3 in 4:12-cv-373-KGB). Defendant responded in case number 4:11-cv-373-KGB (Dkt. No. 42). Defendant does not oppose Ms. Gaither's motion to combine, even though defendant concedes it has not been served with the complaint in case number 4:12-cv-373-KGB. The motion to combine is GRANTED. The Clerk is directed to term Dkt. No. 39 in 4:11-cv-576-KGB and Dkt. No. 3 in 4:12-cv-373-KGB.

Moving forward, case number 4:11-cv-576-KGB shall be lead case. All further motions, pleadings, and other papers should be filed in case number 4:11-cv-576-KGB.

SO ORDERED this the 11 day of September, 2012.

Kristine G. Baker
United States District Judge