IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLARA C. GAITHER                                                                                      PLAINTIFF

v.                                            Case No. 4:11-cv-576-KGB

ARKANSAS FOUNDATION FOR
MEDICAL CARE                                                                                        DEFENDANT

<u>ORDER</u>

By Order dated September 14, 2012, the Court determined that plaintiff Clara C. Gaither should be appointed counsel in this matter (Dkt. No. 44). The Court appointed Price C. Gardner, who has been granted leave to withdraw as Ms. Gaither's lawyer (Dkt. No. 49).

IT IS THEREFORE ORDERED, pursuant to Local Rule 83.7, Michael C. Angel, of the law offices of Michael C. Angel, Post Office Box 23210, Little Rock, Arkansas, 72221, telephone number (501) 375-7502, is hereby appointed to represent Ms. Gaither in all further proceedings. The Clerk of the Court is directed to send Ms. Gaither and Mr. Angel a copy of this Order and a copy of Local Rule 83.7.

Also pending are defendant's motion to dismiss and for sanctions (Dkt. No. 40) and motion to dismiss for failure to state a claim (Dkt. No. 45). It appears that Ms. Gaither has been served with both motions, but Ms. Gaither has not responded. Because the Court has appointed Ms. Gaither counsel, the Clerk is directed to send copies of docket numbers 40, 41, 42, 43, 45, and 46 to Ms. Gaither and Mr. Angel. Ms. Gaither shall have 30 days from the date of this Order to respond to the pending motions to dismiss (Dkt. Nos. 40 and 45).

IT IS THEREFORE ORDERED THAT:

1.        Michael C. Angel is appointed to represent Ms. Gaither in all further proceedings.

2.  The Clerk of the Court is directed to send Ms. Gaither and Mr. Angel a copy of this Order, Local Rule 83.7, and docket numbers 40, 41, 42, 43, 45, and 46.

3.  Ms. Gaither shall have 30 days from the date of this Order to respond to defendant's motion to dismiss and for sanctions (Dkt. No. 40) and defendant's motion to dismiss for failure to state a claim (Dkt. No. 45).

SO ORDERED this the 11 day of October, 2012.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge