IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLARA C. GAITHER                                                                PLAINTIFF

V.                          CASE NO: 4:11-CV-00576 KGB

ARKANSAS FOUNDATION FOR MEDICAL CARE

### PLAINTIFF'S RESPONSE TO DEFENDANT'S
### MOTION FOR SUMMARY JUDGMENT

  Plaintiff, Clara C. Gaither, by and through her attorney, Michael C. Angel, for its Response to Defendant's Motion for Summary Judgment, states the following:

  1. The Plaintiff, Clara Gaither, is a fifty-six (56) year old African-American female. She has filed tow (2) separate complaints alleging that AFMC, her former employer, discriminated against her based on her race, color, and age in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e (Title VII), and that AFMC retaliated against her for filing a charge of discrimination.

  2. AFMC has moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

  3. There are genuine issues of material fact as documented by the Plaintiff's Statement of Disputed Facts.

  4. AFMC's Motion should not be granted pursuant to Fed. R. Civ. P. 56 because Gaither established the prima facie elements of a discrimination or retaliation case.

  5. AFMC cannot establish a race or age neutral reason for each promotional decision. For every promotion decision by AFMC in which a younger, white applicant was chosen over the Plaintiff, the Plaintiff was equally or more qualified. Furthermore, after Plaintiff filed an EEOC complaint, AFMC changed the job descriptions for one of these positions to disqualify Plaintiff in order to hire a white candidate.

6. Attached hereto in support of Plaintiff's Response to Defendant's Motion for Summary Judgment Motion are the following exhibits:

1. Receptionist Job Position
2. Mindy Dunn Email
3. EEOC charge
4. Program Coordinator HIT Arkansas Job Description
5. Plaintiff Affidavit

7. AFMC hereby incorporates by reference its Statement of Undisputed Facts as if stated herein verbatim.

WHEREFORE, Clara Gaither, respectfully requests that the Court dismiss the Defendant's Motion for Summary Judgment.

Respectfully submitted,

_____
Michael C. Angel (Ark. Bar # 89233)
Email: llfinch@comcast.net
P.O. Box 23210
Little Rock, AR 72221
Phone: (501) 375-7502
Fax: (501) 375-5260

## CERTIFICATE OF SERVICE

I do hereby certify that on ___August 5, 2013___, a copy of the above Motion was sent via US Mail, postage prepaid, to the following:

J.E. Jess Sweere
Cross, Gunter, Witherspoon and Galchus, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, AR 72201

_____
Michael C. Angel

SUMMARY JOB DESCRIPTION
ARKANSAS FOUNDATION FOR MEDICAL CARE


Arkansas Foundation for Medical Care

JOB TITLE:        Receptionist
FLSA STATUS:   Non-exempt
GRADE:             11

### SCOPE OF POSITION:
Responsible for answering and routing incoming calls. Greets and directs visitors. Accepts deliveries. Provides departmental support, to various departments, and clerical duties.

### ESSENTIAL JOB FUNCTIONS:
1. Answer incoming telephone calls and route to proper person or department.
2. Greet, assist, and direct all visitors, vendors, and service personnel maintaining visitor log and security compliance in accordance with federal guidelines.
3. Accept and route deliveries from a variety of sources. Open, sort and date stamp specific items as appropriate.
4. Verify and sign invoices for various vendors including vending machines, carpets cleaners, Shred-It, etc. Deliver invoices to appropriate accounting staff member.
5. Develop reports and correspondence as directed.
6. Key information into the designated systems for tracking, as directed.
7. Adhere to format, content and style guidelines, giving consideration to usability and ensuring accuracy, consistency, and quality.
8. Communicate needs and requests to other team members as appropriate.
9. Follow AFMC, state and federal protocols regarding data confidentiality/security and HIPAA compliance.
10. Additional duties as assigned.

### Physical and Sensory Requirements (With or Without the Aid of Mechanical Devices):
Mobility, reaching, bending, lifting, grasping, ability to read and write, ability to communicate with personnel, ability to remain calm under stress and ability to lift up to 20 pounds. Must be capable of performing the essential functions of this job, with or without reasonable accommodations.

### EDUCATION:
Required:      High School Diploma
Desirable:     Associates Degree or additional education

### EXPERIENCE:
Required:      One (1) year experience as a Receptionist using a multi-line switchboard.
Desirable:

### KNOWLEDGE, SKILLS, AND ABILITIES:
- Basic skill level with MS Office (Word, Excel and Outlook).
- Type 40 wpm.
- Ability to maintain confidentiality.
- Strong oral communication skills.
- Creativity.
- Customer service.
- Ability to meet deadlines.
- Attention to detail.
- Flexibility.
- Ability to work collaboratively and independently to achieve stated goals.
- Initiative.

Rev 04/08

Exhibit 1

**Clara Gaither**

**From:** Mindy Dunn
**Sent:** Tuesday, June 08, 2010 6:10 PM
**To:** lrafmc; fsafmc; Thaer Baroud; Carol Cassil; Ashley R. Boldin
**Subject:** Employee Changes

Brittany Shachmut has been promoted to Program Coordinator, HIT. Her promotion was effective March 24.

Belinda Jefferson's title changed to Supervisor, Communications. Her title change was effective June 7.

Be sure to congratulate them when you see/talk to them.

Thanks,

Mindy Dunn
Human Resources Associate
Arkansas Foundation for Medical Care
401 W Capitol, Suite 400
Little Rock, AR 72201

Tel. (501) 212-8796
Fax (501) 212-8797
mdunn@afmc.org
*Promoting excellence in healthcare through evaluation and education.*

Exhibit 2

06/09/2010

**CHARGE OF DISCRIMINATION**

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

COPY

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 493-2011-00194 |

and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Clara C. Gaither | (419) 377-6735 | 01-22-1957 |

Street Address: 5920 Mccain Park Place Apt 202, North Little Rock, AR 72117

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ARKANSAS FOUNDATION FOR MEDICAL CTR | 201 - 500 | (501) 212-8640 |

Street Address: 401 West Capitol, Suite 450, Little Rock, AR 72201

RECEIVED DEC 27 2010 U.S. EEOC LRAO

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest / Latest: 11-04-2010

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on or about September 14, 2009 and am currently employed as a Receptionist. Beginning in January, 2010 and continuing to the present, I have routinely applied for a promotion to various positions. On January 15, 2010, I applied for the HIT Coordinator's position. I had an interview for the position on or about April 27, 2010. In May, 2010, I learned that a younger, white internal applicant was selected, effective March 24, 2010. Between May, 2010, and November, 2010 I interviewed for 4 Program Assistants positions and 1 Computer Support Specialist position and all external applicants were selected for the positions. All external applicants except for one were younger and White.

I believe that I have been denied promotions due to my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended and age, 53, in violation of the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

12/27/10   Clara C. Gaither
Date       Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS
(month, day, year)

8/13   Page 1 of 21

Exhibit 3



JOB TITLE: Program Coordinator, HIT
FLSA STATUS: Non- Exempt
GRADE: 14


Arkansas Foundation for Medical Care

**SCOPE OF POSITION:**
Works to assure smooth operations and workflows for the development, facilitation, coordination, implementation, integration, evaluation and continuum of the Health Information Technology Regional Extension Centers (HITREC). Responsible for the development, coordination and clerical support of activities and deliverables, as assigned for the HITREC. Collaborate with medical and other professional staff to accomplish goals within designated time frames. Support a wide-scale initiative to improve and ensure improvements in quality and efficiency, made possible by HIT adoption and use in external healthcare practices.

**ESSENTIAL JOB FUNCTIONS:**
1. Coordinate and assist in the development of schedules for projects taking into consideration contract deliverables, client needs, department workload, resource/capacity constraints and vendor capabilities.
2. Manage timelines and approaching deliverable dates including contract deliverables, quality indicators, data collection, conferences, educational sessions, meetings, memberships, exhibit functions, publication deadlines, special functions, etc. to insure deadlines are met, as directed.
3. Coordinate and manage task information and evidence gathering, project participation, measurement and evaluation.
4. Schedule, coordinate, prepare and organize activities such as internal and external business meetings, client or third party appointments. Maintain electronic calendars via Outlook.
5. Assist in the coordination and development of tools in collaboration with the project team and communications for providers and consumers about project goals.
6. Conduct specialized research, create and maintain resource library including updated log of all catalog numbers. This research includes, but is not limited to: journal reviews, face to face interviews, focus groups, internet searches, research for presentation development and sharing expected.
7. Experience with software application implementation and support. Strong technical skills and ability to operate a variety of computer hardware, software and audio/visual equipment.
8. Assist with incoming requests for information. Research caller issues and determine the appropriate party or course of action to address the request. Maintain a database of all calls received and actions taken.
9. Understand and utilize project-tracking software for reporting purposes. Perform data entry into both internal and/or external program databases.
10. Lead software implementation used to document and archive records associated with all departmental operations, to include, but not limited to, continuing education activities and tracking of new business opportunities.
11. Coordinate and monitor the creation and maintenance of required reports in compliance with contract deliverables and timeframes, as directed. Present progress and updates of project activities to team and all appropriate project staff at designated time intervals.
12. As required, compose, edit and assist in creating communications and/or materials for various projects.
13. Communicate effectively with all internal and external customers. Develop partnerships with entities recognized as being integral in meeting project goals. Develop and/or maintain e-groups pertinent to each contract/grant workgroup, both internal and external.
14. Facilitate, organize, coordinate and support workgroup meetings, workshops, and/or seminars as directed. Organize, coordinate, support and implement periodic outreach presentations and educational programs to facilitate the health care community's participation in HITREC.
15. Follow AFMC, state and federal protocols regarding data confidentiality/security and HIPAA compliance.
16. Perform data entry, organize, file and maintain departmental records, manuals and correspondence.

Rev 09/09

Exhibit 4

17. Maintain a general working knowledge of department / contract deliverables.
18. Assist in the review, verification, testing and editing of work produced by other staff members as directed.
19. Additional duties as assigned.

**Physical and Sensory Requirements (With or Without the Aid of Mechanical Devices):**

Mobility, reaching, bending, lifting, grasping, ability to read and write ability to communicate with personnel, ability to remain calm under stress. Must be capable of performing the essential job functions of this job, with or without reasonable accommodations.

**EDUCATION:**
- Required: High School Diploma
- Desirable: Associate's degree

**EXPERIENCE:**
- Required: Three (3) years experience in health care. Experience in HIT or EHR.
- Desirable: Project coordination and/or project management experience
  Three (3) years health information technology experience

**KNOWLEDGE, SKILLS, AND ABILITIES:**
- Intermediate skill level with MS Office (Word, Excel, Outlook and PowerPoint).
- Type 50 wpm.
- Strong skills in business English and spelling are required.
- Ability to maintain confidentiality.
- Strong oral communication skills.
- Creativity.
- Knowledge of HIT/EHR.
- Customer service.
- Ability to meet deadlines.
- Attention to detail.
- Flexibility.
- Medical terminology.
- Ability to work collaboratively and independently to achieve stated goals.
- Initiative.
- Ability to relate professionally and positively with staff, business partners, customers, constituents, recipients and the public.
- Ability to multitask.
- Ability to prioritize.
- Strong organizational skills.
- Problem solving skills.
- Professionalism.
- Project management skills.
- Ability to read, interpret and apply laws, rules and regulations.
- Strong public speaking skills.
- Knowledge of quality improvement processes and techniques.
- Ability to travel including overnight travel.
- Time management skills.

## Affidavit of Clara C. Gaither

I, Clara C. Gaither, being duly sworn, do hereby state under oath the following:

My name is Clara Gaither and I am fifty-six (56) years old and competent to testify. I am an African-American female.

I was hired by Arkansas Foundation for Medical Care (AFMC) on September 14, 2009 for a receptionist position. I was hired as a receptionist at AFMC despite the fact that I did not possess the required one-year experience using a multi-line switchboard. However, I did possess over 10 years' experience in computer operations at EDS and Blue Cross Blue Shield and also earned an Associate's degree in Computer Science/Applied Business. Within the same week, Brittney Shachmut was hired as a Program Assistant with AFMC.

On January 15, 2010, I applied for an internal transfer to a Health Information position at AFMC. I was granted an interview for this position on April 26, 2010. Brittney Shachmut, a 22-year-old white female, was hired for the Program Assistant, effective March 24, 2010, before I was interviewed for the job. I filed a complaint for racial and age discrimination with the EEOC on December 27, 2010.

On May 27, 2010, I applied for an internal transfer to a Program Assistant position at AFMC. I was not selected for the two (2) positions available after being interviewed. One of the positions was filled by Jody Sonnier, a 29-year-old white female whose only experience was a certified nursing assistant (CNA) at a nursing home.

On October 1, 2010, I applied again for an internal transfer to Program Assistant position at AFMC. Rebecca Perez, a twenty-eight year old white female (Perez is her married name) was selected. During the selection process for this position, AFMC tested candidates in the basics of Microsoft Excel. AFMC did not test for Microsoft Excel for the Program Assistant position eventually filled by Jody Sonnier six months earlier.

Exhibit 5

On October 14, 2010, I applied for a Computer Support Specialist at AFMC. A 25-year-old white male, Samuel Moix, was hired despite the fact that I had over 10 years' experience in data processing in health related fields. Although I did not possess the specific qualifications for computer system that was being utilized, it has been my experience that a certain level of on-the-job training is customary in these positions.

On June 30, 2011, I once again applied for the HIT Program Coordinator position that had previously been filled by Brittney Shachmut. AFMC interviewed Jennifer Pagan before I was interviewed. Pagan, a 27-year-old white female, apparently possessed a bachelor's degree from UC Davis. The same day Pagan was interviewed, AFMC changed the qualifications for this position by requiring, at a minimum, a bachelor's degree. The position was retitled Senior Program Coordinator and Pagan was hired. The changes to the HIT Program Coordinator was announced before I was granted an interview and after I had filed EEOC complaints against AFMC alleging a pattern of racial and age discrimination.

After being the subject of several denials of promotion due to my age and race, I believed that the atmosphere at AFMC was hostile to my age and race. Accordingly, I notified AFMC that I would not be returning from my leave of absence and ended my employment at AFMC on May 2, 2012, and have not worked full time since.

THIS CONCLUDES MY AFFIDAVIT.

*Clara C. Gaither*
Clara C. Gaither

*Aug 1, 2013*
Date

STATE OF ARKANSAS      }
                       }
COUNTY OF PULASKI      }

On this __1st__ day of __August__, before me, Clara C. Gaither, personally appeared, known to me (or satisfactorily proven) to be the person whose name is subscribed to within the Affidavit, and being first duly sworn on oath, according to law, deposes and says that she has read the foregoing Affidavit subscribed by her, and that the matters stated herein are true to the best of her information, knowledge and belief.

In witness whereof I hereunto set my hand and official seal:

_Laura Finch Gregorie_
Notary Public

Laura Finch Gregorie
County of Pulaski
Notary Public - Arkansas
My Commission Exp. 06/27/2015

_____
Title

My commission expires: __6-27-15__