IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION



CLARA C. GAITHER     PLAINTIFF

V.     CASE NO: 4:11-CV-00576 KGB

ARKANSAS FOUNDATION FOR MEDICAL CARE     DEFENDANT

## STATEMENT OF DISPUTED FACTS

Pursuant to local Rule 56(a), Plaintiff, Clara Gaither, submits the following Statement of Disputed Facts:

1. Gaither was hired by AFMC for a receptionist position despite the fact that she did not have the minimum experience necessary based on the job description. (Exhibit 1, Job Description; Exhibit 5 Plaintiff Affidavit)

2. AFMC hired Brittany Shachmut, a twenty-two (22) year old white female as a Health Information Technology position, effective March 24, 2010, a month before Gaither was interviewed for a job. Gaither possessed an associate's degree in computer science and over ten (10) years' experience in data entry in the healthcare industry and was more qualified than Shachmut, who had only six (6) months' experience with AFMC. (Id.) (Exhibit 2 Mindy Dunn Email)

3. On June 21, 2010, Jody Sonnier, a twenty-nine (29) year old white female, was hired as a Program Assistant by AFMC, whose only experience was as a certified nursing assistant (CNA). Sonnier was chosen over Gaither despite Gaither being more qualified for this position. (Exhibit 5, Plaintiff Affidavit)

4. Gaither again applied for a position as Program Assistant at AFMC on October 1, 2010, and Rebecca Perez, a twenty-eight (28) year old white female was chosen for the position despite Gaither being equally qualified for the position. (Id.)

5. On October 14, 2010, Gaither applied for a Computer Support Specialist Position for which she was qualified based on her over ten years' experience as a data entry clerk in the health

care area. A twenty-five (25) year old white male, Samuel Moix, was selected even though Gaither was equally, if not more, qualified for this position. (Id.)

6.  On December 27, 2010, Gaither filed an EEOC complaint against AFMC alleging that she had not been promoted for several positions despite being more or equally qualified for jobs that eventually went to younger, white applicants. On June 30, 2011, Gaither applied again for the HIT Program Coordinator position. When she applied for this position, AFMC did not require a bachelor's degree. AFMC interviewed Jennifer Pagan, a twenty-seven (27) year old white female, who possessed a bachelor's degree. Immediately after this interview, AFMC determined that the position should be "restructured" and required at a minimum, a bachelor's degree. AFMC "restructured" this position before Gaither was interviewed for this job and with the full knowledge that an EEOC complaint had been filed against them by Gaither. AFMC's restructuring of this position constitutes a retaliation against Gaither for filing an EEOC complaint. (Id., Exhibit 3 EEOC complaint; Exhibit 4, Job Description)

7.  Gaither was more qualified, or at least equally qualified, for the several positions for which she applied that AFMC ultimately selected less qualified, white applicants. Moreover, AFMC's "restructuring" of the last job that she applied for that went to a young, white female, was in retaliation for filing an EEOC complaint. (Id.)

Respectfully submitted,

/s/ Michael C. Angel

Michael C. Angel (Ark. Bar # 89233)
Email: llfinch@comcast.net
P.O. Box 23210
Little Rock, AR  72221
Phone: (501) 375-7502
Fax: (501) 375-5260

## CERTIFICATE OF SERVICE

I do hereby certify that on _August 5, 2013_, a copy of the above Motion was sent via US Mail, postage prepaid, to the following:

J.E. Jess Sweere
Cross, Gunter, Witherspoon and Galchus, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, AR 72201

_____
Michael C. Angel