IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CLARA C. GAITHER**                                                                **PLAINTIFF**

**v.**                   **Case No. 4:11-cv-00576-KGB**

**ARKANSAS FOUNDATION FOR
MEDICAL CARE**                                                     **DEFENDANT**

*Related Case:*

**CLARA C. GAITHER**                                                            **PLAINTIFF**

**v.**             **Case No. 4:13-cv-00031-KGB**

**ARKANSAS FOUNDATION FOR
MEDICAL CARE**                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order and Opinion that was entered on August 20, 2013, it is considered, ordered, and adjudged that Case No. 4:11-cv-00576, Case. No. 4:12-cv-00373, and Case. No. 4:13-cv-00031 are dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 21st day of August, 2013.

_____
Kristine G. Baker
United States District Judge